

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

# United States Bankruptcy Court
# District of Maryland
## At Greenbelt

| | | |
|---|---|---|
| **IN RE:** | * | Case No: 16-25654 |
| | * | |
| | * | **Chapter 13** |
| **TIFFANY LAGENIA NOELS** | * | |
| | * | |
| **Debtor** | * | |

**********************************************************************

| | |
|---|---|
| **Deutsche Bank National Trust Company,** | * |
| **As Trustee For Novastar Mortgage** | * |
| **Funding Trust, Series 2006-4 Novastar** | * |
| **Home Equity Loan Asset-Backed** | * |
| **Certificates, Series 2006-4,** | * |
| **Successors and Assigns** | * |
| | * |
| **Movant** | * |
| | * |
| v. | * |
| | * |
| **TIFFANY LAGENIA NOELS** | * |
| | * |
| **Respondent** | * |

### ORDER DENYING DEBTOR'S MOTION FOR RELIEF FROM ORDER GRANTING MOVANT'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Before the Court is the Debtor's Motion for Relief From Order Granting Movant's Motion for Relief From Automatic Stay (the "Motion").  The Court has considered the Motion and finds that the arguments raised in the Motion were previously raised by the Debtor and considered by the Court at the evidentiary hearing held on August 17, 2017.  Accordingly, the Motion fails to set forth any basis to reconsider the Order Granting Relief From Stay entered on August 24, 2017.  The Court notes, however, that the Debtor can raise her asserted defenses in state court in connection with any foreclosure proceedings commenced against the subject propery.  For these reasons, it is, by the United States Bankruptcy Court for the District of Maryland, hereby,

**ORDERED**, that the Motion is denied.

cc: Debtor
    Marie Lott Pharaoh, Attorney for Debtor, via CM/ECF

    William M. Savage, Esq.
    Kristine D. Brown, Esq.,via CM/ECF
    Diana C. Valle, Esq., via CM/ECF
    Thomas J. Gartner, Esq., via CM/ECF
      Law office of Shapiro & Brown, Counsel for Movant

    Nancy Spencer Grigsby, Chapter 13 Trustee

**END OF ORDER**